IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON McGEHEE, et al., | Case No. 4:18-CV-03092 |
| Plaintiffs, | |
| v. | MOTION TO STAY PENDING APPEAL |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | EXPEDITED TREATMENT REQUESTED |
| Defendant. | |

Defendant Nebraska Department of Correctional Services ("NDCS") moves under Fed. R. Civ. P. 62 and Fed. R. App. P. 8(a)(1)(A) for a stay of the Court's Memorandum and Order of March 15, 2019, (Filing 36), and of further proceedings in this Court, pending appeal to the U.S. Court of Appeals to the Eighth Circuit.

**REQUEST FOR EXPEDITED TREATMENT**

In light of the impending deadlines set forth in the March 15th order, and NDCS' appeal deadline of April 15, 2019, the regular briefing time under NECivR 7.1 should be shortened. NDCS respectfully requests that the Court enter an order expediting the Plaintiffs' time for an opposition brief and NDCS' time for a reply on a schedule the Court deems appropriate.

Dated March 25, 2019.

Respectfully submitted,

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, Defendant.**

DOUGLAS J. PETERSON, NE #18146

1

Attorney General of Nebraska

*s/David A. Lopez*
DAVID A. LOPEZ, NE #24947
Deputy Solicitor General

RYAN S. POST, NE #24714
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
dave.lopez@nebraska.gov
ryan.post@nebraska.gov

COUNSEL FOR NEBRASKA DEPART-
MENT OF CORRECTIONAL SERVICES

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2019, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

                                                  *s/David A. Lopez*